# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No: 8:98-cr-216-T-23TGW |
| ROBERT AARON SIMMONS | ) USM No: 22771-018 |
| Date of Previous Judgment: 12/21/98 | ) Tracy Dreispul, afpd |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant (Doc. 45) and the subsequent stipulation (Doc. 50) between the defendant and the United States pursuant to § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered the motion and stipulation,

**IT IS ORDERED** that the motion (Doc. 45) is **GRANTED** and stipulation (Doc. 50) is **APPROVED**.

☐ DENIED.

☒ The defendant's previously imposed sentence of imprisonment (151 months) is reduced to **TIME SERVED PLUS TEN DAYS**.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 29 | Amended Offense Level: | 27 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 130 to 162 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the December 21, 1998, judgment remain in effect.

ORDERED in Tampa, Florida on _March 19th_, 2008.

_/s/ Steven D. Merryday_
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

Effective Date: _____
(if different from order date)